IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICIA L. RUSSO-WOOD, as personal representative of the Estate of Steven Tyler Russo,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, *et al.*,<br><br>Defendants. | CV 17-38-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT CITY OF BILLINGS' UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF INMATE TYLER FRISBIE** |

Defendant City of Billings has filed an Unopposed Motion for Leave of Court to Take the Deposition of Inmate Tyler Frisbie. (Doc. 37.) Good cause appearing,

IT IS HEREBY ORDERED that the City of Billings is granted leave of court to schedule and conduct the deposition of Tyler Frisbie, an inmate under the jurisdiction of the Montana Department of Corrections, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

DATED this 22nd day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge