IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICIA L. RUSSO-WOOD, as personal representative of the Estate of Steven Tyler Russo | CV 17-38-BLG-TJC |
| Plaintiff, | ORDER |
| vs. | |
| YELLOWSTONE COUNTY, et al., | |
| Defendants. | |

United States Magistrate Judge Timothy J. Cavan referred this case to the undersigned for the purpose of conducting a settlement conference. Accordingly,

**IT IS ORDERED** that the settlement conference is set for **April 26, 2018, at 9:00 a.m.,** at the James F. Battin Federal Courthouse in Billings, Montana. The parties are directed to report to the Clerk of Court's office when they arrive for the conference.

**IT IS FURTHER ORDERED** that Plaintiff is to make an initial demand at least fourteen (14) days in advance of the scheduled conference, and Defendants shall respond with an offer within seven (7) days from the time the demand is made.

ULTIMATE SETTLEMENT AUTHORITY

1

It shall be the responsibility of counsel to ensure that <u>all named parties with ultimate settlement authority</u> in this case <u>are present in person</u> at the settlement conference.   If a corporation is so named, or if an insurance carrier or governmental agency is involved, then the <u>representative with ultimate settlement authority for said corporation, governmental agency and/or insurance carrier shall be present in person</u> at the settlement conference.   Availability of the named parties and/or corporate, insurance carrier, or governmental agency representatives by telephone will <u>not</u> be acceptable.   "**Ultimate settlement authority**" means the absolute discretionary authority to settle the case up to the amount of the Plaintiff's last settlement demand or the amount claimed in the Complaint, whichever is less.

<u>SANCTIONS</u>

Failure to comply with the conditions set forth above, including appearance in person, or as otherwise directed herein, with ultimate settlement authority, or failure to negotiate in good faith, shall result in the imposition of the following sanctions:

1. Reimbursement of all costs incurred by the party in compliance, including attorneys fees, travel costs, wages, and any other legitimate expenses.

2.   The immediate rescheduling of the conference with the continued requirement that a person with ultimate settlement authority be present.

2

3. Such other sanctions as the court deems appropriate to assure compliance.

<u>CONFIDENTIAL SETTLEMENT BROCHURE</u>

**IT IS FURTHER ORDERED** that on or before **April 19, 2018,** the

respective parties shall submit to Judge Lynch, at the Russell Smith Courthouse,

201 East Broadway, Room 370, Missoula, MT 59802, a confidential settlement

brochure, no longer than 10 pages in length (excluding attachments, double-

spaced, 14 pt. font) setting forth the facts of the case and all further information the

parties deem relevant to settlement, including an analysis of liability as well as a

separate analysis of damages. The brochures shall not be exchanged among the

parties nor become part of the formal court record and shall be returned at the close

of the conference, upon request of counsel.

 **IT IS FURTHER ORDERED** that facsimile (FAX) submissions are not

acceptable and will be disregarded by the Court.

 DATED this 4th day of April, 2018.

       _____
       Jeremiah C. Lynch
       United States Magistrate Judge