MARK A. THIESZEN, ESQ.
POORE, ROTH & ROBINSON, P.C.
1341 Harrison Avenue
Butte, Montana  59701
Telephone:  (406) 497-1200
Facsimile:   (406) 782-0043
mark@prrlaw.com

Attorneys for Defendant Sandra Leonard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

_____

| | |
|---|---|
| ESTATE OF STEVEN TYLER RUSSO, | ) |
| | ) CAUSE NO. CV-17-38-SPW-TJC |
| Plaintiff, | ) |
| | ) |
| v. | ) **RESPONSE TO MOTION** |
| | ) **FOR ORDER GRANTING** |
| YELLOWSTONE COUNTY, et al, | ) **LEAVE TO AMEND** |
| | ) **COMPLAINT** |
| Defendants. | ) |
| | ) |
| | ) |

Defendant Leonard submits this Response to Plaintiff's Motion for Order Granting Leave to Amend Complaint.  Plaintiff did not contact counsel for Leonard regarding the Motion.  Leonard does not take a position on the Motion, but requests that if the Court grants the Motion, the Court specify that the Amended Complaint does not change the Court's Order Granting Motion for

1. <u>RESPONSE TO MOTION FOR ORDER GRANTING LEAVE TO AMEND COMPLAINT</u>

Summary Judgment re: Sandra Leonard and that Leonard is not required to file an answer to the Amended Complaint.

DATED this 1st day of May, 2018.

/s/ Mark A. Thieszen
Mark A. Thieszen
Poore, Roth & Robinson, P.C.
Attorneys for the Defendant Sandra Leonard

# CERTIFICATE OF SERVICE

I certify that on May 1, 2018, a copy of the foregoing document was served on the following persons by the following means:

```
  1-4    CM/ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-mail
```

1. Clerk, U.S. District Court

2. James M. Kommers, Esq.
   Kommers Law Firm, P.C.
   8766 Trail Boss Drive
   Bozeman, MT  59715
   Attorneys for Plaintiff, Estate of Steven Tyler Russo

3. Harlan B. Krogh, Esq.
   Crist, Krogh & Nord, PLLC
   2708 First Avenue North, Suite 300
   Billings, Montana  59101
   Attorneys for Defendant, City of Billings

4. Levi A. Robison, Esq.
   Mark A. English, Esq.
   Yellowstone County Attorney's Office
   Yellowstone County Courthouse, Room 202
   P.O. Box 35025
   Billings, Montana  59107-5025
   Attorneys for Defendants, Yellowstone County and Brian Degele

                                                  /s/ Mark A. Thieszen
                                                  Mark A. Thieszen
                                                  Poore, Roth & Robinson, P.C.
                                                  Attorneys for the Defendant Sandra Leonard