IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICIA L. RUSSO-WOOD, as personal representative of the Estate of Steven Tyler Russo,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, *et al.*,<br><br>Defendants. | CV 17-38-BLG-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed an unopposed motion for extension of time. (Doc. 86.) Plaintiff seeks additional time to file response briefs to Defendant Brian Degele's Motion for Summary Judgment and Defendant Yellowstone County's Motion for Summary Judgment. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's response briefs to Defendants' Motions for Summary Judgment shall be filed by May 10, 2018.

DATED this 8th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge