# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

|  |  |
|---|---|
| PATRICIA L. RUSSO-WOOD, as personal representative of the Estate of Steven Tyler Russo,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, *et al.*,<br><br>Defendants. | CV 17-38-BLG-TJC<br><br>**ORDER** |

Upon consideration of the Parties' Stipulation for Dismissal (Doc. 127), and good cause appearing, IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice. All Parties shall bear their own costs.

IT IS FURTHER ORDERED that the telephonic Status Conference scheduled for August 29, 2019 at 11:00 a.m. is VACATED.

DATED this 27th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge